In the Matter of ALEXANDER'S DEPARTMENT STORES, INC., Respondent, against BERTHA COHEN et al., Doing Business under the Name of ALEXANDER'S DEPARTMENT STORE, Appellants.

Submitted October 3, 1945; decided October 25, 1945.

*Herbert S. Felner* and *Karl A. Blaustein* for appellants.
*J. Norman Lewis* and *James P. Durante* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the petitioner did not establish facts sufficient to justify relief under section 964 of the Penal Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.